1
2
3
4
5
6
7
8          **UNITED STATES DISTRICT COURT**
9          **SOUTHERN DISTRICT OF CALIFORNIA**
10
11   DENNIS SHAW, individually and on            Case No. 10cv2041 BTM(NLS)
     behalf of himself and all others similarly
12   situated,                                   **ORDER RE: MOTION TO SEAL**
13                                   Plaintiff,
                v.
14
15   BAC HOME LOANS SERVICING, LP,
                                   Defendant.
16
17
18          Plaintiff has filed a motion for an order permitting Plaintiff to file certain documents,
19   or portions thereof, under seal.  The proffered reason for filing the exhibits under seal is that
20   they have been designated as "Confidential" by Defendant pursuant to a Protective Order.
21          The Supreme Court has held that there is a common law right of access to records
22   in civil proceedings: "It is clear that the courts of this country recognize a general right to
23   inspect and copy public records and documents, including judicial records and documents."
24   Nixon v. Warner Communications, Inc., 435 U.S. 589, 597 (1978).  Courts are required to
25   start "with a strong presumption in favor of access."   Hagestad v. Tragesser, 49 F.3d
26   1430,1434 (9th Cir. 1995).
27          However, the presumption can be overcome by sufficiently important countervailing
28   interests.  San Jose Mercury News, Inc. v. United States Dist. Court, 187 F.3d 1096, 1102
     (9th Cir. 1999).  "After taking all relevant factors into consideration, the district court must

base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." <u>Hagestad</u>, 49 F.3d at 1434.

Defendant's opinion that the exhibits are "Confidential" is not enough in and of itself to justify filing the exhibit under seal.  If Defendant wants the exhibits to be filed under seal, Defendant must file a supplemental brief explaining why the exhibits should be sealed.  The supplemental brief must be filed on or before **July 29, 2011**.  If Defendant wishes to file the supplemental brief under seal, Defendant may make such a request but must explain why such relief is necessary.

**IT IS SO ORDERED.**

DATED:  July 22, 2011

Honorable Barry Ted Moskowitz
United States District Judge

10cv2041 BTM(NLS)